UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-MJ-1008

FILED
JAN 2 0 2012
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

UNITED STATES OF AMERICA )
)  ORDER TO SEAL
V. )  CRIMINAL COMPLAINT,
)  AFFIDAVIT, ARREST WARRANT,
)  and MOTION TO SEAL
SHKUMBIN SHERIFI )

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Complaint, Affidavit and Arrest Warrant in the above-referenced matter, as well as the Motion to Seal, and this Order to Seal the same be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney.

This 20 day of January, 2012.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE